■ HEATHER MOUSAW, Appellant, v CITY OF OLEAN, Respondent. [955 NYS2d 789]

Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.